Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRED NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>GCP APPLIED TECHNOLOGIES INC., PETER A. FELD, SIMON BATES, JANET P. GIESSELMAN, CLAY KIEFABER, ARMAND F. LAUZON, MARRAN OGILVIE, ANDREW M. ROSS, LINDA J. WELTY, and ROBERT H. YANKER,<br><br>Defendants. | Case No: 1:22-cv-00545-WFK-RER<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fred Newman hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: March 8, 2022

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

The application is ✓ granted. ~~denied.~~
SO ORDERED
**s/ WFK**
William F. Kuntz, II, U.S.D.J.
Dated: March 8, 2022
Brooklyn, New York

*Counsel for Plaintiff*